In the Matter of JACOB DUBBS, Petitioner, against ARTHUR J. WESTPHAL et al., Comprising the Zoning Board of Appeals of the City of Buffalo, Respondents, and HARRIET FREEDMAN, Intervener, Respondent.— Determination confirmed, without costs. All concur. (Review of a determination of the zoning board of appeals of Buffalo refusing to petitioner a permit to conduct a business for the sale of live poultry.)  Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

■

FANNIE MIGLIORATTI et al., Appellants, v. PATSY DELLE FAVE et al., Doing Business as DELLE FAVE BROTHERS, Respondents.— Judgment reversed on the law and a new trial granted, with costs to the appellants to abide the event, on the ground that plaintiffs' proof presented questions of fact as to negligence and contributory negligence. All concur, except Taylor, P. J., and Piper, J., who dissent and vote for affirmance. (Appeal from a judgment dismissing the complaint in a negligence action.)  Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DARRELL E. DUTTON, Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment convicting defendant of the crimes of kidnapping and carnal abuse of a child.)  Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

■

GEORGE C. MILLER, Appellant, v. LILLIAN BEAN, as Administratrix of the Estate of HOYT O. BEAN, Deceased, Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for defendant for no cause of action in an automobile negligence action.)  Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

■

ALTA NELSON, Respondent, v. GEORGE MILLER et al., Appellants.— Judgment affirmed, with costs. All concur. (Appeals from a judgment for plaintiff in an automobile negligence action.)  Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

■

MARSHALL S. NELSON, Respondent, v. GEORGE MILLER et al., Appellants.— Judgment affirmed, without costs of this appeal to any party. All concur. (Appeals from a judgment for plaintiff in an automobile negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

■

HENDERSON-JOHNSON CO., INC., Respondent, v. LEO E. MINSKOFF et al., Individually and as Copartners Doing Business as MIMBROS CONSTRUCTION Co. et al., Appellants.— Judgment affirmed, with costs. All concur. (Appeal from a judgment granting reformation of a contract.)  Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.